806 So.2d 602 (2002)
Jimmie D. SMITH, Appellant,
v.
STATE of Florida, Appellee.
No. 5D02-119.
District Court of Appeal of Florida, Fifth District.
February 5, 2002.
Jimmie D. Smith, Chattahoochee, pro se.
Robert A. Butterworth, Attorney General, Tallahassee, and Mary G. Jolley, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRM. State v. Perry, 786 So.2d 554 (Fla.2001); Bogue v. Fennelly, 705 So.2d 575 (Fla. 4th DCA 1997); Zygadlo v. State, 676 So.2d 1015 (Fla. 5th DCA 1996); Price v. State, 598 So.2d 215 (Fla. 5th DCA 1992).
COBB, GRIFFIN and SAWAYA, JJ., concur.